UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Anthony Curtis Harris, | Case No. 15-cv-3531 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Sergeant Lisa Kachamarek, Sherburne County Jail, and Sergeant Jami Neyssen, Sherburne County Jail, | |
| Defendants. | |

---

This matter is before the Court on the December 2, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Katherine M. Menendez. (Dkt. 37.)  The R&R recommends granting the motion for sanctions jointly filed by Defendants Sergeant Lisa Kachamarek and Sergeant Jami Neyssen, (Dkt. 31), and dismissing with prejudice the amended complaint of Plaintiff Anthony Curtis Harris as a sanction for failing to respond to discovery requests or to comply with an order compelling him to do so.  Objections to the R&R have not been filed in the time period permitted.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996).  Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 2, 2016 R&R, (Dkt. 37), is **ADOPTED**;

2. The motion for sanctions filed by Defendants Sergeant Lisa Kachamarek and Sergeant Jami Neyssen, (Dkt. 31), is **GRANTED**; and

3. Plaintiff Anthony Curtis Harris's amended complaint, (Dkt. 7), is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  January 4, 2017                                                     s/Wilhelmina M. Wright
                                                                                         Wilhelmina M. Wright
                                                                                         United States District Judge